Robert BUNNER, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (DEL-CORA), Respondents

No. 225 MAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.